UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. 24-3043

Spring Creek Rehabilitation and Nursing Center LLC,
  Appellant
    v.

NLRB, et al

  (D.N.J. No. 2:24-cv-09016)

Present: BIBAS, MONTGOMERY-REEVES, and AMBRO, Circuit Judges

1. Uncontested Motion by Appellant for Leave to Supplement the Record.

2. Supplemental Motion by Appellant for Leave to Supplement the Record.

Respectfully,

Clerk

_____ORDER_____

The foregoing motions are granted.

By the Court,

s/Stephanos Bibas
Circuit Judge

Dated: August 19, 2025
EMA/cc: All Counsel of Record